

**NUMBER 13-16-00209-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**ALBERT VILLARREAL,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

On appeal from the 28th District Court
of Nueces County, Texas.

---

## ORDER TO FILE REPORTER'S RECORD

**Before Chief Justice Valdez and Justices Rodriguez and Benavides**
**Order Per Curiam**

This cause is before the Court on the reporter's failure to file the record. The reporter's record in this matter was originally due on April 18, 2016. The reporter has previously requested and received four prior extensions of time to file the record. The reporter's request for extension states that she is requesting one last extension of 30 days

to file the record.

The Court, having fully examined and considered the extensions previously granted in this cause, is of the opinion that, in the interest of justice, an order should be entered. The Court looks with disfavor upon the delay caused by the reporter's failure to have heretofore filed the record in this matter.

Reporter, Rebecca Rendon, is hereby ORDERED to file the reporter's record in this Court on or before November 17, 2016. No further requests for extension of time will be entertained by the Court absent exigent circumstances. If the reporter fails to file the record within the foregoing specified period of time, the Court will act appropriately to avoid further delay and to preserve the parties' rights. TEX. R. APP. P. 37.3 (a)(2).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
20th day of October, 2016.